# Exhibit A

## Tommy Vu

| | |
|---|---|
| **From:** | Shania Fennell <Shania.Fennell@psa.gov> |
| **Sent:** | Tuesday, July 7, 2026 1:13 PM |
| **To:** | Tommy Vu; sfbrennwald_cs.com; kflowers@flowerskeller.com |
| **Cc:** | Kate.Naseef2@usdoj.gov; Barclay, Michael (USADC); PSA US District Court Team |
| **Subject:** | RE: 26cr14: Tong Li (Third Party Custodian Screening) |

Good Afternoon,

　PSA has screened the following individuals as requested for Tong Li:

❖ The defendant's wife, Helen Lin (other name used Yini Lin) (DOB ███████). She is employed as a manager for a real estate company and works Monday thru Friday from 9:00 am to 5:00 pm. She co-owns the proposed resident with her mother ██████████████████, Diamond Bar, CA 91765 and gives consent for her husband to live in the residence with a GPS device. She resides in the residence with their 3- and 5-year-old son. The residence does not contain any firearms. The residence is not considered government-assisted housing. She reported that she has no physical or mental health conditions that would prevent her from fulfilling third-party custodian responsibilities and expressed no hesitation in reporting any violations to the Court or PSA. Mrs. Lin has been deemed eligible to serve as a third party custodian, but would defer to the court due work schedule.

If Mr. Tong is released with location monitoring PSA would need to speak with Mrs. Lin's mother prior to him being released for approval for him to reside in the residence with a GPS device.

❖ The defendant's mother, Chou Qing Tong (other name used Cici Tong) (DOB ███████). She is retired. She co-owns the proposed resident with her husband (Qin Fun Li) ██████████████ Walnut, CA 91789 and gives consent for her son to live in the residence with a GPS device. She stated she lives in the residence with her husband. The residence does not contain any firearms. The residence is not considered government-assisted housing. She reported that she has no physical or mental health conditions that would prevent her from fulfilling third-party custodian responsibilities and expressed no hesitation in reporting any violations to the Court or PSA. Mrs. Tong is eligible to serve as third party custodian.

PSA spoke with Qin Fun Li who stated he gives consent for Mr. Tong to reside in the residence with a GPS device.



**Shania Fennell**
Pretrial Services Officer
US District Court
202-923-6104
**psa.gov**

1