# Exhibit A

# Tong Li Messages with Sharky





